



William J. Downes – Associate
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
wdownes@mizrahikroub.com

February 13, 2023

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2023

Re:   *Donet v. Roc Opco LLC*; Case No. 1:23-cv-00167 (VEC)

Dear Judge Caproni:

We represent plaintiff Maricela Donet ("Plaintiff") in the above-referenced action and respectfully write in an abundance of caution concerning the Court's February 7, 2022 Order to Show Cause ("OTSC") directing Plaintiff to file a motion and memorandum of law for leave to file an amended complaint. *See* Docket No. 7.

On February 10, 2023, the parties agreed to settle all claims in this action and Plaintiff filed a notice of settlement seeking a stay of all deadlines in the action. *See* Docket No. 8. Subsequently, Plaintiff filed a notice of voluntary dismissal without prejudice. *See* Docket No. 10. On February 13, 2023, the Clerk's office closed this case. Generally, once a case is closed, no further action need be taken, however, Plaintiff is unsure if the Court's Order to Show Cause must still be responded to. We therefore seek further guidance from the Court, which is respectfully appreciated.

Respectfully submitted,
*/s/ William J. Downes*
WILLIAM J. DOWNES

cc:   All Counsel of Record (via ECF)

---

Pursuant to the Notice of Voluntary Dismissal, Dkt. 10, this case is DISMISSED without prejudice and without costs to either party. The Clerk of Court is respectfully directed to terminate all deadlines and to close this case. No further action by the parties is required.

SO ORDERED.

*[Signature: Valerie Caproni]*

Date: 2/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE